**IFD**
611 Winding Creek Court
Southlake, TX 76092
754-220-7000

# Invoice

| Date | Invoice No. |
|---|---|
| 10/14/2013 | 1013 |
| Terms | Due Date |
| Net 15 | 10/29/2013 |

**Bill To**
Premier Trading LLC
5889 Greenwood Plaza Blvd # 320
Greenwood Village, CO
80111-2505 USA

| Balance Due | Enclosed |
|---|---|
| $0.00 | |

**PAID**

Please detach top portion and return with your payment.

| Ship Date | Ship Via | Purchase Order |
|---|---|---|
| 10/14/2013 | CPU | 101413JA |

| Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| PHARR-TX:1036-Limes110 (Mex) | • Limes 110ct (Mexico) | 72 | 8.00 | 576.00 |
| PHARR-TX:1043-Limes150 (Mex) | • Limes 150ct (Mexico) | 240 | 8.00 | 1,920.00 |
| PHARR-TX:1042-Limes175 (Mex) | • Limes 175ct (Mexico) | 417 | 8.00 | 3,336.00 |
| PHARR-TX:1041-Limes200 (Mex) | • Limes 200ct (Mexico) | 198 | 8.00 | 1,584.00 |
| PHARR-TX:1045-Lime230 (Mex) | • Limes 230ct (Mexico) | 11 | 8.00 | 88.00 |

"WE SHIP F.O.B. GOOD DELIVERY STANDARDS" P.A.C.A TRUST APPLY The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the perishable agricultural commodities act, 1930 (7 U.S.C. 499e ©). The seller of these commodities retains a trust claim over these commodities. All inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

| | |
|---|---|
| Total | $7,504.00 |
| Payment | $7,504.00 |
| Balance Due | $0.00 |

ALL CLAIMS MUST BE MADE IN WRITING WITHIN 24 HOURS AFTER ARRIVAL AND PENDING CREDIT APPROVAL   THANK YOU FOR YOUR BUSINESS