IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00877-WJM-MJW

IMPORT FRESH DIRECT, LLC,

Plaintiff,

v.

PREMIER TRADING, LLC d/b/a ALLIANCE WHOLESALE,
DIRECT LINE TRANSPORTATION, LLC,
WILLIAM VOGEL, and
ANTHONY FILPI,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendants' Unopposed Motion for Leave to File Amended Answer, Counterclaim, and Jury Demand (Docket No. 48) is GRANTED. The Amended Answer, Counterclaim, and Jury Demand (Docket No. 47) is accepted for filing.

Date: April 25, 2014